UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                              Case No.  2:05-cv-428-FtM-99DNF

KENNETH E. KOEHLER,

        Defendant.
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Notice of Compliance and Motion to Cease Daily Fine and Set Aside Order of Contempt (Doc. #74), filed on June 29, 2006.  The Court held a hearing on June 30, 2006, pursuant to its Order of Contempt (Doc. #68).  After hearing from counsel, the Court delayed imposition of sentence pending filing of an Affidavit counsel anticipated receiving.  On July 3, 2006, defendant filed a Notice of Compliance (Doc. #76), attaching various documents concerning his recent efforts to obtain bank records from the Cayman Islands, including the Affidavit of Elvis A. Coward, Associate Director, Compliance, FirstCaribbean International Bank (Cayman) Limited (the Bank).  The government filed its Response to the Notice of Compliance (Doc. #77) later on July 3, 2006.

The history of this case is fairly summarized in the government's Response to Notice of Compliance (Doc. #77, pp. 1-3), which the Court adopts.  The issue before the Court is whether

defendant has purged himself of the contempt by virtue of his recent efforts to obtain the bank records from the Bank. The Affidavit of Mr. Coward states that the Bank conducted a thorough search for the records requested by defendant and "the documents provided represent all of the documents held in the bank's possession." Contrary to the prior position of the Bank, it has not refused to produce any record on the ground that defendant is no longer authorized to make the request for the records. While unhappy with the contents of the document production, the government suggests nothing further defendant can do to obtain other records from the Bank.

Accordingly, it is hereby

**ORDERED ADJUDGED:**

1. Defendant's Motion to Cease Daily Fine and Set Aside Order of Contempt (Doc. #74) is **GRANTED IN PART** to the extent that the Court finds that defendant has purged himself of the contempt effective July 3, 2006, and the payment of the $100.00 a day fine will be terminated as of that date. The request to set aside the Order of Contempt is **DENIED.**

2. The Clerk shall close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of July, 2006.

*John E. Steele*
JOHN E. STEELE
United States District Judge